1 RICK D. ROSKELLEY, ESQ., Bar No. 3192
ETHAN D. THOMAS, ESQ., Bar No. 12874
2 STEVEN J.T. WASHINGTON, ESQ., Bar No. 14298
LITTLER MENDELSON P.C.
3 3960 Howard Hughes Parkway
Suite 300
4 Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
5 Fax No.:       702.862.8811
Email: rroskelley@littler.com
6            edthomas@littler.com
            swashington@littler.com
7
*Attorneys for Defendant*
8 DAL GLOBAL SERVICES, LLC,
aka DELTA GLOBAL SERVICES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HIRAM JOHNSON, | Case No. 3:21-cv-00441-LRH-CLB |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |
| v. | |
| DAL GLOBAL SERVICES, LLC, aka DELTA GLOBAL SERVICES, | **[FIRST REQUEST]** |
| Defendant. | |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff HIRAM JOHNSON ("Plaintiff") and Defendant DAL GLOBAL SERVICES, LLC aka DELTA GLOBAL SERVICES ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of October 29, 2021, up to and including **November 19, 2021**.

Such extension is necessary in light of the fact that Defendant's counsel was only recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

1  This is the first request for an extension of time to respond to the Complaint. This request
2  is made in good faith and not for the purpose of delay.

3  Dated: October 26, 2021                                Dated: October 26, 2021

4  Respectfully submitted,                                Respectfully submitted,

6  /s/ Terri Keyser-Cooper                                /s/ Steven J.T. Washington
7  TERRI KEYSER-COOPER, ESQ.                              RICK D. ROSKELLEY, ESQ.
   LAW OFFICES OF TERRI KEYSER-                           ETHAN D. THOMAS, ESQ.
   COOPER                                                 STEVEN J.T. WASHINGTON, ESQ.
8                                                         LITTLER MENDELSON, P.C.

9  *Attorney for Plaintiff*
   HIRAM JOHNSON                                          *Attorneys for Defendants*
                                                          DAL GLOBAL SERVICES, LLC,
10                                                        aka DELTA GLOBAL SERVICES

12                              **IT IS SO ORDERED.**

13                              Dated: __October 26_____, 2021.

16                              _____
                                UNITED STATES MAGISTRATE JUDGE

18  4857-2377-7280.1 / 111197-1023