TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
NV Bar #3984
2395 Viejo Place, Lake Havasu City, AZ 86406
125 Edgewater Parkway, Reno, NV 89519
Tele (775) 337-0323
keysercooper@lawyer.com
*Attorney for Plaintiff Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HIRAM JOHNSON, | Case No. 3:21-cv-00441-LRH-CLB |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FILING OF THE CASE MANAGEMENT REPORT** |
| v. | (First Request) |
| DAL GLOBAL SERVICES, LLC, aka DELTA GLOBAL SERVICES, | |
| Defendant. | |
| _____/ | |

  Pursuant to LR 7-1, Plaintiff, by and through his counsel of record, Terri Keyser-Cooper, of the Law Office of Terri Keyser-Cooper, and Defendant, by and through its counsel of record, Ethan D. Thomas, of Littler Mendelson P.C., hereby stipulate and request that this Court extend the deadline for filing the Case Management Report presently due on January 4, 2022 by thirty (30) days, up to and including February 4, 2022. In support of this stipulation and request, the parties state as follows:

  Plaintiff's counsel is going out of the country on December 1 and returning on December 13, 2021. On December 28, 2021, Plaintiff's counsel is also having surgery. Ms. Keyser-Cooper's doctors have informed her she will require, at minimum, ten days of recovery after the surgery during which time she should not be sitting at her desk or in front of a computer. Also, the parties have been

informed that an Early Neutral Evaluation ("ENE") will be set for some time in the near future. If the case were to resolve at the ENE it would necessarily obviate the need for a Case Management Conference or Report.

This request for an extension of time is not sought for any improper purpose or for purposes of unnecessary delay.

WHEREFORE, the parties respectfully request that this Court extend the date for the filing of the Case Management Report up to and including February 4, 2022.

IT IS SO STIPULATED this 23 day of November, 2021.

| LITTLER MENDELSON P.C. | TERRI KEYSER-COOPER |
|---|---|
| By  /s/ Ethan D. Thomas  <br>Ethan D. Thomas<br>3660 Howard Hughes Parkway, Suite 300<br>Las Vegas, Nevada 89169<br><br>Attorney for Defendant | By  /s/ Terri Keyser-Cooper <br>Terri Keyser-Cooper<br>2395 Viejo Place<br>Lake Havasu City, AZ 86406<br><br>Attorney for Plaintiff |

## ORDER

IT IS SO ORDERED this __23rd__ day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28