1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

DISTRICT OF NEVADA

11

HIRAM JOHNSON,                                    Case No. 3:21-cv-00441-LRH-CLB

12

Plaintiff,                        **ORDER TO DISMISS ENTIRE**
13                                                          **ACTION WITH PREJUDICE**

v.
14

DAL GLOBAL SERVICES, LLC, aka
15  DELTA GLOBAL SERVICES,

16                    Defendant.

17

Plaintiff HIRAM JOHNSON ("Plaintiff") and Defendant UNIFI AVIATION, LLC (f/k/a DAL
18

19  GLOBAL SERVICES LLC dba UNIFI) ("Defendant"), by and through their respective counsel of

20  record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with

21  each party to bear its own costs and attorneys' fees.

22      The parties agree that neither party shall be deemed to be a prevailing party in this action and

    / / /
23
    / / /
24
    / / /
25

26

27

28

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: October 18, 2022

Respectfully submitted,


/s/ Terri Keyser-Cooper, Esq.
TERRI KEYSER-COOPER, ESQ.
LAW OFFICES OF TERRI KEYSER-COOPER

PETER C. WETHERALL
WETHERALL GROUP, LTD.

*Attorneys for Plaintiff*
HIRAM JOHNSON

Dated: October 18, 2022

Respectfully submitted,


RICK D. ROSKELLEY, ESQ.
ETHAN D. THOMAS, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
UNIFI AVIATION, LLC
(f/k/a DAL Global Services, LLC dba Unifi)


**IT IS SO ORDERED:**


LARRY       R.       HICKS
UNITED STATES DISTRICT JUDGE

Dated:   October 19, 2022.

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2                                        3:21-CV-00441-LRH-CLB